IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ-MARTINEZ,

    Plaintiff,

v.                                                          4:16cv192–WS/CAS

R. RALPH,

    Defendant.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 53) entered March 16, 2018. The magistrate judge recommends that Plaintiff's motion to amend his complaint be denied. Plaintiff has filed objections (doc. 55) to the report and recommendation.

The court having reviewed the record in light of Plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 53) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's motion (doc. 48) for leave to amend his complaint is DENIED.

3. Plaintiff's request (doc. 49) for recusal of this judge is DENIED.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __4th__ day of __April__, 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE